UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| GILBERTO ALTAMIRANO; ARMANDO PALMENO; and MARCO SERRANO<br><br>    Plaintiffs,<br><br>    v.<br><br>MUNOZ CONSTRUCTION, LLC, an Oregon limited liability company; and JUAN MUNOZ, individually,<br><br>    Defendants.<br>_____ | Case No.: 3:11-CV-1552-AC<br><br>ORDER OF DISMISSAL |

ACOSTA, Magistrate Judge:

    Based on the unopposed Motion to Dismiss filed by plaintiff on September 6, 2012, the court finds this case has been fully compromised and settled. Accordingly,

    IT IS ORDERED that this action is dismissed with prejudice and without costs to any party and with leave, upon good cause shown within sixty days, to have this order of dismissal set aside and the action reinstated if the settlement is not consummated.

    DATED this 7th day of September, 2012.

                                               /s/ John V. Acosta
                                                JOHN V. ACOSTA
                                         United States Magistrate Judge